|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>TIMOFEY VLADIMIROVICH BARNYAK, and DAVID DANILOVICH SLOBODENKO<br><br>                    Defendants. | Case No.:  '22 MJ02931<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 371 Conspiracy<br>18 U.S.C. § 545 Smuggling Goods Into the United States (Felony)<br>18 U.S.C. § 2 Aiding and Abetting |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

The undersigned complainant being duly sworn states:

### COUNT 1

Beginning on a date unknown but at least as early as January, 2022, and continuing up to and including on or about August 11, 2022, within the Southern District of California, defendants TIMOFEY VLADIMIROVICH BARNYAK and DAVID DANILOVICH SLOBODENKO, did knowingly and intentionally combine, conspire and agree to commit an offense against the laws of the United States, to wit, to knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and

clandestinely introduce into the United States, merchandise, which should have been invoiced, in violation of Title 18, United States Code, Sections 545 and 2.

In furtherance of the conspiracy, the following overt acts were committed within the Southern District of California:

1. On or about August 11, 2022, in San Diego, California, defendants TIMOFEY VLADIMIROVICH BARNYAK and DAVID DANILOVICH SLOBODENKO entered the United States from Mexico with six hundred bottles of undeclared Mexican pesticides.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about August 11, 2022, within the Southern District of California, defendants TIMOFEY VLADIMIROVICH BARNYAK, and DAVID DANILOVICH SLOBODENKO did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, six hundred one-liter bottles of "Taktic" in violation of Title 18, United States Code, Sections 545 and 2.

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on August 15, 2022.

_____*William V. Gallo*_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

United States of America
    v.
Timofey Vladimirovich BARNYAK
David Danilovich SLOBODENKO

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

According to CBP reporting, at about 6:32 p.m. on August 11, 2022, David Danilovich SLOBODENKO entered the United States at the San Ysidro POE as the driver and registered owner of a black 2018 Dodge Ram, bearing California license plates, and towing a white enclosed cargo trailer. Timofey Vladimirovich BARNYAK and three females were passengers in the vehicle. The CBP Officer asked the group where they were going to, and BARNYAK responded that they were returning from hosting a youth camp in Mexico. The CBP Officer noticed the group had several back packs and several plastic bags containing what felt like beans inside the truck. The CBP Officer asked the group what was inside the trailer, and SLOBODENKO responded that it contained only dirty clothing. After observing several pieces of luggage and the plastic bags containing what felt like beans, the CBP Officer referred the vehicle to Secondary for further inspection.

In the secondary lot, a CBP Officer asked the group where they were coming from, and they responded that they were in Mexico for a church group trip and were hauling back all of the gear for the group, while the other group members

travelled back in separate vehicles. After determining that the plastic bags from the truck contained coffee beans, the CBP officers looked in the trailer and saw that it contained a variety of bags and suitcases. The CBP Officers advised the group that they would need to unload the trailer so that the officers could inspect the trailer and its contents. During the unloading of the bags and suitcases by the group, cardboard boxes became visible. The cardboard boxes had been stacked in the center of the trailer such that they were concealed by the bags and suitcases. A CBP Officer asked SLOBODENKO what the boxes contained, and SLOBODENKO claimed he did not know, but stated that he was asked by a family member to pick up the boxes in Mexico and deliver them to the family member in the United States. CBO Officers determined that the boxes contained bottles of the Mexican pesticide "Taktic." In all, the CBP Officers seized 100 boxes, each containing 6 one-liter bottles of "Taktic," for a total of 600 bottles.

After being advised of his Constitutional rights and waiving his rights in writing, BARNYAK stated that he is a beekeeper and that Taktic is used by beekeepers to kill mites. He stated that he was asked to purchase Taktic by people in California and Oregon before he travelled to Mexico. He said he purchased the pesticides from a friend of his in Mexico, and the pesticides cost him $23,000 (approximately $38.33 per bottle), which he paid in cash. He stated that he expected to make approximately $13,000 in profit from the sale of the pesticides.

BARNYAK stated that he has previously purchased large amounts of pesticides in Mexico and brought them into the United States three or four times. BARNYAK stated that he had told SLOBODENKO that there was medicine for bees in the trailer, and that SLOBODENKO was present when the trailer was being loaded with the boxes of Taktic.

BARNYAK consented to a search of his cellular phone. I conducted a preliminary review of BARNYAK's text messages, and identified a text message between BARNYAK and his Taktic supplier in Mexico from January 2022. In that message, BARNYAK tells his supplier in Mexico that "David" would pick up pesticides from him (the supplier) in a couple of weeks. Border crossing records show that David SLOBODENKO crossed north into the United States from Mexico on February 5, 2022.

After being advised of his Constitutional rights and waiving his rights in writing, SLOBODENKO stated that he saw the boxes being loaded into the trailer when they were in Mexico. He stated that BARNYAK had told him to allow the boxes to be placed in the trailer, and that the boxes were for bees.

According to the label, "Taktic" contains the active ingredient amitraz at an emulsifiable concentration of 12.5%. U.S. Environmental Protection Agency (EPA) special agents advised that in the United States, amitraz in this form is a cancelled and unregistered pesticide. In the United States, an emulsifiable

concentrate product by the name Taktic with 12.5% active ingredient amitraz was approved for use as an insecticide and miticide in 1986 and cancelled in 2014. Similarly, the last ready-to-use product of amitraz was cancelled in 2019. Amitraz was primarily used for flies and mites on cotton and pear crops; livestock ticks, lice, and mange mites on beef and dairy cattle and swine; ticks on dogs; and parasitic mites on honeybees. In humans, amitraz poses oral and inhalation risks, as well as a possible cancer and neurotoxicity risks.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language. 40 C.F.R. §156.10(a)(3). The bottles of pesticides found with BARNYAK and SLOBODENKO were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 CFR 12.112. BARNYAK and SLOBODENKO provided no such Notice of Arrival for the pesticides in this case.

BARNYAK was served with a Notice to Appear on August 17, 2022, on the charge of Smuggling, in violation of 18 USC § 545.